RECEIVED
MAY 15 2006

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

CR. NO. 06 CR 60035/001

VS.

JUDGE HAIK

TIMOTHY POTIER

MAGISTRATE JUDGE METHVIN

## ORDER APPOINTING COUNSEL AND DIRECTING PAYMENT OF FEES

Considering defendant's financial affidavit, together with information orally provided by the defendant under oath at the initial appearance on ___May 15, 2006___, the court finds that the defendant is not financially able to retain counsel to represent him at this time. However, the court further finds that defendant's assets and/or income are in excess of the amount needed to provide the necessities of life. Accordingly, and in accordance with the provisions of 18 U.S.C. §3006A(f);

**IT IS HEREBY ORDERED** that the Office of the Federal Public Defender is hereby appointed to represent defendant or recommend counsel for appointment from the CJA panel.

**IT IS FURTHER ORDERED** that the defendant shall contribute to the expense of court-appointed counsel by paying $ _150.00_ on the fifth day of each month, beginning on ___June 5, 2006___. Payments shall be made until counsel's representation is concluded.

**IT IS FURTHER ORDERED** that payments shall be made by a check or money order drawn to the order of, "Clerk, U. S. District Court," and shall be mailed or delivered to:

Robert H. Shemwell, Clerk of Court
U. S. District Court
300 Fannin Street, Suite 1167
Shreveport, Louisiana 71101-3083

2

**IT IS FURTHER ORDERED** that the Clerk shall deposit all monies received into the local depository until a voucher is received from the appointed attorney, at which time the sums will be credited to the CJA appropriation. The Clerk shall return to the defendant any excess of the deposit over the amount of the voucher at the conclusion of the case.

Signed at Lafayette, Louisiana on May 15, 2006.

Mildred E. Methvin
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, Louisiana 70501
(337) 593-5140 (phone) 593-5155 (fax)